Maria Trinidad Ramos MICHEL, Petitioner,

v.

Alberto R. GONZALES, Attorney General, Respondent.

Nos. 04–76677, 05–72506.

United States Court of Appeals, Ninth Circuit.

Submitted July 24, 2006.[*]

Decided Aug. 1, 2006.

Luther M. Snavely, Esq., Las Vegas, NV, for Petitioner.

NVL–District Counsel, Office of the District Counsel, Department of Homeland Security, Las Vegas, NV, Ronald E. Le-Fevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Michelle G. Latour, Merri L. Hankins, Esq., DOJ—U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: ALARCÓN, HAWKINS, and THOMAS, Circuit Judges.

MEMORANDUM [**]

Maria Trinidad Ramos Michel, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") order denying her motion to reopen removal proceedings and its previous

---

[*] The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

[**] This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

decision denying her application for cancellation of removal. We deny the petitions for review.

The BIA considered the evidence Ramos Michel submitted with her motion to reopen and acted within its broad discretion in determining that the evidence was insufficient to warrant reopening. *See Singh v. INS*, 295 F.3d 1037, 1039 (9th Cir.2002) (The BIA's denial of a motion to reopen shall be reversed only if it is "arbitrary, irrational or contrary to law.").

In her opening brief, Ramos Michel fails to address, and therefore has waived any challenge to, the BIA's previous decision denying her application for cancellation of removal. *See Martinez–Serrano v. INS*, 94 F.3d 1256, 1259–60 (9th Cir.1996) (holding issues which are not specifically raised and argued in a party's opening brief are waived).

**PETITIONS FOR REVIEW DENIED.**